IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NEIL WALKER, # 095197, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 1:16-CV-202-WKW |
| | ) |
| WALTER MYERS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On March 30, 2016, the Magistrate Judge filed a Recommendation in this case. (Doc. # 6.) Petitioner filed an Objection on April 14, 2016. (Doc. # 7.) The court has made a *de novo* determination of those portions of the Recommendation to which Petitioner objects and has independently reviewed the file. As set forth in the Recommendation, this action is barred because Petitioner failed to obtain the Eleventh Circuit's leave to file a successive § 2254 habeas petition. *See* 28 U.S.C. § 2244(b)(3)(A).

Upon careful consideration, it is ORDERED as follows:

1. Petitioner's Objection (Doc. # 7) is OVERRULED;

2. The Recommendation (Doc. # 6) is ADOPTED;

3. The Petition for Writ of Habeas Corpus (Doc. # 1) is DENIED; and

4. This case is DISMISSED.

A separate final judgment will be entered.

DONE this 25th day of April, 2016.

                                          /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE